AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MICHELLE MELLEMA,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  **3:09-CV-00330-RCJ-RAM**

MARJORIE WALKER, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.


  November 4, 2009                           **LANCE S. WILSON**
                                                              Clerk


                                                                          D. R. Morgan
                                                                     Deputy Clerk